No. 04–6950.   ORTIZ-ROSAS *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 04–6980.   STEPHENS *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 2d Cir.   Certiorari denied.

No. 04–7205.   MATCHETT *v.* DRETKE, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 04–7210.   SIMMONS *v.* SOUTH CAROLINA.   Sup. Ct. S. C. Certiorari denied.

No. 04–7304.   GEIDEL *v.* PENNSYLVANIA BOARD OF PROBATION AND PAROLE.   Commw. Ct. Pa.   Certiorari denied.

No. 04–7305.   FRENCH *v.* OKLAHOMA ET AL.   Ct. Crim. App. Okla.   Certiorari denied.

No. 04–7306.   GOODRIDGE *v.* LAUGHLIN ET AL.   C. A. 9th Cir. Certiorari denied.

No. 04–7311.   FERNANDEZ *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certio-rari denied.

No. 04–7312.   GIBBONS *v.* DRETKE, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-SION.   C. A. 5th Cir.   Certiorari denied.

No. 04–7315.   ROBINSON *v.* ARTUS, SUPERINTENDENT, CLIN-TON CORRECTIONAL FACILITY, ET AL.   App. Div., Sup. Ct. N. Y., 3d Jud. Dept.   Certiorari denied.

No. 04–7316.   CONE ET UX., ON BEHALF OF CONE *v.* RANDOLPH COUNTY SCHOOLS.   C. A. 4th Cir.   Certiorari denied.

No. 04–7330.   FOSTER *v.* SMITH, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 04–7331.   GOODWIN *v.* GIURBINO, WARDEN.   C. A. 9th Cir. Certiorari denied.